John Peterson, appellee, v. Earl J. Jones and Cleo Jones, appellants. Gen. No. 9,011.

Opinion filed February 10, 1936. Rehearing denied April 6, 1936.

J. J. Ludens, for appellants. Robert J. Wing and Arthur L. Puklin, for appellee; G. Walter Zerr, of counsel.

Mr. Justice Dove delivered the opinion of the court.

## THIRD DISTRICT.

Erma Templeman, appellant, v. U. G. Usher and Nick Kish, appellees. Gen. No. 8,958.

Opinion filed January 9, 1936. Rehearing denied January 9, 1936.

J. W. Templeman and T. W. Hoopes, for appellant. G. G. Ginnaven, for appellees.

Per curiam.

City of Charleston, appellee, v. Harold Davidson et al., appellants. Gen. No. 8,915.

Opinion filed January 17, 1936. Rehearing denied April 7, 1936.

Harry I. Hannah, for appellants. Ben F. Anderson, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.

William L. O'Connell, appellee, v. J. E. Dazey, appellant. Gen. No. 8,924.

Opinion filed January 17, 1936.

Ward & Pugh, for appellant. J. C. Willard, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.